UNITED STATES of America, Plaintiff–Appellee,

v.

Roderick BLACK, a/k/a Roger, Defendant–Appellant.

No. 15–7787.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 21, 2016.

Roderick Black, Appellant Pro Se. Edward D. Gray, Assistant United States Attorney, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Black appeals the district court's order denying relief on his Fed. R.Crim.P. 36 motion to correct a clerical error in his presentence investigation report. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Black*, No. 2:94–cr–00015–BO–9 (E.D.N.C. Oct. 20, 2015). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*